# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| JEREMIAH WHITE,<br>   Plaintiff,<br><br>v.<br><br><br>MICHAEL J. ASTRUE,<br>*Commissioner of Social Security*,<br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)  **JUDGMENT**<br>)  **CASE NO. 5:11-CV-644-D**<br>)<br>) |

Decision by the Court:

  **IT IS ORDERED AND ADJUDGED** that Plaintiff's Objections to the Memorandum and Recommendations [D.E. 28] are OVERRULED, Plaintiff's Motion for Judgment on the Pleadings [D.E. 22] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 24] is GRANTED, Defendant's final decision is AFFIRMED, and this action is DISMISSED. The Clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **FEBRUARY 20, 2013,** WITH A COPY TO:

Crystal G. Rouse (via CM/ECF electronic notification)
Cassia W. Parson (via CM/ECF electronic notification)

| | |
|---|---|
| | JULIE A. RICHARDS, Clerk |
| February 20, 2013 | |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |